United States District Court

For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  SHEILA I HOFSTETTER, individually, as          No. C 10-01313 WHA
    a representative of the class, and on behalf
11  of the general public,
12              Plaintiff,                          **ORDER REGARDING
                                                    STIPULATION TO
13      v.                                          ENLARGE TIME**
14  CHASE HOME FINANCE, LLC, CHASE
15  BANK USA, NA, and DOES 1 through 50,
    inclusive,
16
                Defendants.
17  _____/
18          The undersigned will not "rubber stamp" the stipulation to extend time to answer and to
19  permit a 49-day briefing schedule for responsive motions.  The parties, however, pursuant to Civil
20  Local Rule 6-1, can stipulate — *without a court order* — to an enlargement of time "within which
21  to answer or otherwise respond to the complaint, or to enlarge . . . time in matters not required to
22  be filed or lodged with the Court, provided the change will not alter the date of any event or any
23  deadline already fixed by court order."
24
25          **IT IS SO ORDERED.**
26
27  Dated:  April 16, 2010.
28                                            _____
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE