Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Kai Richter, MN State Bar No. 296545
Krichter@nka.com
(**pro hac vice** application pending)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiff and the Proposed Class

RECEIVED
2010 APR 26 P 2:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheila I. Hofstetter, individually, as a representative of the class, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>Chase Home Finance, LLC, Chase Bank USA, NA, and DOES 1-50, inclusive,<br><br>Defendants. | CV 10-01313 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

-2-

1  Kai Richter is an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 27, 2010.

By: 

APPROVED
Judge William Alsup

-2-

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE