Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro** **hac** **vice**)
Kai Richter, MN State Bar No. 296545
KRichter@nka.com
(admitted **pro** **hac** **vice**)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sheila I. Hofstetter, individually, as a representative of the class, and on behalf of the general public, <br><br>Plaintiff, <br><br>vs. <br><br>Chase Home Finance, LLC, Chase Bank USA, NA , and DOES 1-50, inclusive, <br><br>Defendants. | Case No. CV-10-1313 WHA <br><br>**STIPULATION TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, on March 29, 2010, Plaintiff Sheila I. Hofstetter ("Plaintiff") filed her initial complaint in this matter; and

WHEREAS, on March 29, 2010, the Court issued an order setting the initial Case Management Conference in this matter for July 8, 2010, at 11:00 a.m.; and

WHEREAS, on April 16, 2010, Plaintiff and Defendants Chase Home Finance, LLC and Chase Bank USA, NA (collectively, "Defendants"), by and through their counsel, filed a Stipulation to Extend Time For Defendants Answer Or Otherwise Respond To Complaint And Enlarge Briefing Schedule; and

WHEREAS, on May 10, 2010, Defendants filed motion to dismiss. After discussion between counsel for both parties to set a mutually agreeable hearing date, Defendants set the hearing for July 15, 2010, at 8:00 a.m.; and

WHEREAS, the Case Management Conference on July 8 and the Motion to Dismiss on July 15 will both require Counsel to travel to San Francisco; and

WHEREAS, the Court has not issued a scheduling order or set deadlines beyond the Case Management Conference currently set for July 8, 2010.

THEREFORE, it is hereby STIPULATED by and between the parties, that:

1) The parties jointly request that the Court continue the Case Management Conference from July 8, 2010 at 11:00 a.m. to July 15, 2010 at 11:00 a.m.

2) All other deadlines shall remain unchanged.

Dated: 5/17/2010         NICHOLS KASTER, LLP

By:   s/ Matthew C. Helland
      Matthew C. Helland
NICHOLS KASTER, PLLP
Attorneys for Plaintiff and the Proposed Class

Dated: 5/17/2010         ROPERS, MAJESKI, KOHN & BENTLEY

By:   s/ George G. Weickhardt
      GEORGE G. WEICKHARDT
Attorney for Defendants
CHASE HOME FINANCE, LLC and
CHASE BANK USA, N.A.

-2-
**STIPULATION TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE**

1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sheila I. Hofstetter, individually, as a representative of the class, and on behalf of the general public,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Chase Home Finance, LLC, Chase Bank USA, NA , and DOES 1-50, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. CV-10-1313 WHA<br><br>**[proposed] ORDER CHANGING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

Having reviewed and received the Parties' Stipulation To Change The Date Of The Initial Case Management Conference, and good cause appearing therefore, the parties' joint request to change the initial Case Management Conference from July 8, 2010 at 11:00 a.m. to July 15, 2010 at 11:00 a.m. is hereby GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 17, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**[proposed] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE**