IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER, individually, as a representative of the class, and on behalf of the general public,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, J.P. MORGAN CHASE BANK, N.A., and DOES 1–50, inclusive,<br><br>    Defendants.<br>_____ / | No. C 10-01313 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

    The Court is in receipt of plaintiff's letter of August 9 concerning its discovery dispute and hereby **SETS** a meet-and-confer for **TUESDAY, SEPTEMBER 1 STARTING AT 8:00–11:00 A.M.** in the court's jury room on the nineteenth floor of the federal courthouse. At 11:00 a.m., the Court shall hear any remaining discovery issue(s). Please note that only those who personally attend the meet-and-confer in the court's jury room may argue at the hearing.

    Defendant's response is due by noon on August 20.

    **IT IS SO ORDERED.**

Dated: August 12, 2010.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE