Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Kai Richter, MN State Bar No. 296545
KRichter@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiff and the Proposed Class

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheila I. Hofstetter, individually, as a representative of the class, and on behalf of the general public, | Case No. CV-10-1313 WHA |
| Plaintiff, | |
| vs. | [proposed] **ORDER REGARDING STIPULATION AS TO SCHEDULING OF MOTION HEARING DATES** |
| Chase Home Finance, LLC, JP Morgan Chase Bank, N.A. , and DOES 1-50, inclusive, | |
| Defendants. | |

1     Having received and reviewed the Parties' Stipulation as to Scheduling of Motion Hearing Dates, and good cause appearing therefore, IT IS SO ORDERED.

    1) Plaintiff shall have up to and including September 16, 2010 to refile her Motion to Amend the Pleadings and File Second Amended Complaint in order to address the issues raised in both the Court's August 13, 2010 and September 2, 2010 Orders, and such motion shall be considered timely for all purposes and shall supersede Plaintiff's motion to amend filed on August 26, 2010;

    2) Defendants shall respond to Plaintiff's re-filed Motion to Amend the Pleadings and File Second Amended Complaint on or before October 7, 2010;

    3) Plaintiff's other anticipated motions (relating to Defendants' alleged failure to identify persons with knowledge and Defendants' general privilege assertions) shall be filed on or before September 13, 2010, and Defendants shall respond to such other anticipated motions on or before October 4, 2010;

    4) Plaintiff shall file all of her reply memoranda relating to the above motions or before October 14, 2010.

    5) The motions referenced above shall be heard on October 28, 2010 at 8:00 a.m.

    6) In light of the above, the hearing currently scheduled for September 30, 2010 is vacated, and no response shall be required to Plaintiff's August 26, 2010 motion.

Dated: September 10, 2010.

_____
Honorable William H. Alsup
United States District Judge

-2-

[proposed] ORDER REGARDING STIPULATION AS TO SCHEDULING OF MOTION HEARING DATES