1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 SHEILA I. HOFSTETTER, et    )
   al.,                        )
12                             )    No. C10-1313 WHA (BZ)
             Plaintiff(s),     )
13                             )
       v.                      )    **BRIEFING ORDER**
14                             )
   CHASE HOME FINANCE, LLC., et)
15 al.,                        )
                               )
16           Defendant(s).     )
   _____)
17

     Having read Judge Alsup's order from September 2, 2010,
2010 (Docket No. 56) **IT IS HEREBY ORDERED** as follows:
     1.   If plaintiff believes there are discovery issues that
were not addressed by Judge Alsup's order that are still in
dispute and require my intervention, plaintiff shall file a
letter not exceeding two pages (with no attachments)
specifically explaining those issues by **September 23, 2010**.
     2.   If plaintiff does file such a letter, defendant shall
file a letter not exceeding two pages (with no attachments) in
response by **September 27, 2010**.
     3.   A telephone conference to discuss this dispute is

1

1  scheduled for **September 28, 2010 at 1:30 p.m.**  Counsel shall
2  contact **CourtCall**, telephonic court appearances **1-888-882-**
3  **6878**, and make arrangements for the telephonic conference
4  call.  If plaintiff does not file a letter by September 23,
5  2010, this telephone conference will be taken off calendar.
6  Dated: September 20, 2010

                                  _____
                                  Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\HOSTETTER V. CHASE\BRIEFING ORDER.wpd