UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEILA I. HOFSTETTER, et al.,

    Plaintiff(s),

v.

CHASE HOME FINANCE, LLC., et al.,

    Defendant(s).

No. C10-1313 WHA (BZ)

**SECOND DISCOVERY ORDER**

    Following a telephone conference on September 28, 2010 at which both sides were represented by counsel, **IT IS ORDERED** as follows:

    1. By **October 13, 2010**, defendants shall notify plaintiff whether they intend to oppose certification of the proposed class of "zero/zero" borrowers and, if so, on what grounds.

    2. After defendants notify plaintiff of their decision, the parties shall meet and confer regarding outstanding discovery issues in accordance with my Initial Discovery Order. If issues remain, plaintiff may file a letter not

1

exceeding **two pages** (with no attachments) explaining the dispute and specifically referencing the discovery requests at issue. Defendant shall respond **two days** later. The Court will schedule a telephone conference, if needed.

Dated: September 29, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HOFSTETTER V. CHASE\DISC 2 ORD.wpd

2