Chase Home Finance LLC
P.O. Box 47208
Atlanta, GA 30362-0208
(866) 719-2015 Insurance Processing Center
(678) 417-8039 Insurance Processing Center Fax



June 29, 2010



00057-01 IF1A 180-000000000000
Roger J. Modersbach
272 Stone Valley Way
Alamo, CA 94507

Re: █████████████████████

**Response to Inquiry**

Dear Roger J. Modersbach:

I am writing in response to your correspondence that we received on June 7, 2010, about your flood and homeowner's insurance information.

We cancelled the flood insurance policy that we purchased on your behalf for the period of September 25, 2009 to September 25, 2010. On October 28, 2009, we deposited a refund of $900.00 into your account for this period.

According to the terms in Section Five of your Deed of Trust, you are required to keep the improvements now existing or hereafter erected on your property insured against any loss or hazards for which your lender requires insurance. This insurance shall be maintained in the amounts that the lender requires and your lender's requirements can change during the term of your loan.

At a minimum, the flood insurance coverage amount you need to obtain on your flood insurance policy must be equal to the least of the following:

- 100% of the full replacement cost value of the dwelling and insurable improvements, or
- The maximum amount of insurance coverage available through the National Flood Insurance Program (NFIP), which is currently $250,000.00.

Based on the preceding information and your dwelling coverage amount being $696,700.00 with CSAA Inter-Insurance Bureau for the period of June 14, 2010 to June 14, 2011, your minimum acceptable flood coverage amount is $250,000.00.

Our records show that your flood coverage amount of $100,000.00 with National Flood Services for the period of September 8, 2009 to September 8, 2010, is below the minimum requirement for your loan.

Please ask your agent to send evidence for the adjusted coverage to the Chase address stated on the letterhead. They may also fax the information to our Insurance Processing Center at (678) 417-8039. We will update our records once we receive the information.

I apologize we did not meet your expectations. Chase's goal is to provide the highest level of quality service. If you have further questions, please contact our Insurance Processing Center at 866-719-2015.

We appreciate your business and value our relationship with you.

Sincerely,

*Katherine Morton*

Katherine Morton
Insurance Analyst
Insurance Department