UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CHASE HOME FINANCE, LLC., et al., <br><br> Defendant(s). | No. C10-1313 WHA (BZ) <br><br> **THIRD DISCOVERY ORDER** |

Following a telephone conference to address the issues raised in the parties' letters, at which the parties were represented by counsel, **IT IS ORDERED** as follows:

1. The parties shall meet and confer and attempt to resolve their discovery disputes in accordance with the views expressed by the Court.

2. Both parties are **GRANTED** leave to file the appropriate discovery motions to be heard on the Court's regular calendar. If the parties proceed with the filing of these motions, the papers shall be signed by the most senior attorney representing the parties. The Court will deem that

1

1  attorney's signature as certifying that the attorney has read
2  the papers and that they are consistent with Federal Rules of
3  Civil Procedure 1 and 26.
4      3.  By **December 23, 2010**, plaintiffs shall lodge with the
5  Court the record of one of the parties' meet and confer
6  sessions with respect to this discovery dispute.
7  Dated: December 17, 2010

                                Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\HOFSTETTER V. CHASE\DISC 3 ORD.wpd