**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sheila I. Hofstetter and Roger Modersbach, individually, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Chase Home Finance, LLC, JP Morgan Chase Bank, N.A., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-10-1313 WHA<br><br>~~[proposed]~~ **ORDER EXTENDING CLASS CERTIFICATION MOTION DEADLINE BY TWO WEEKS** |

1  Having reviewed and received the parties' Stipulation to Extend Class Certification Motion Deadline by Two Weeks and Request for Court Approval [Docket No. 123], and good cause appearing therefore, IT IS SO ORDERED. Plaintiffs may have up to and including February 17, 2011 to file their motion for class certification. All other deadlines set forth in the Court's Case Management Scheduling Order [Docket No. 40] remain unchanged.

Dated: January 18, 2011.

_____
Honorable William Alsup
United States District Judge

-2-

[proposed] ORDER EXTENDING CLASS CERTIFICATION MOTION DEADLINE BY TWO WEEKS