UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER, et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>CHASE HOME FINANCE, LLC., et al.,<br><br>　　　　Defendant(s). | No. C10-1313 WHA (BZ)<br><br>**SCHEDULING ORDER** |

Having read the exchange of letters dated February 3, 2011, **IT IS ORDERED** that a telephone conference to address this dispute is scheduled for **Tuesday, February 8, 2011 at 9:45 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: February 4, 2011

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\HOFSTETTER V. CHASE\TEL CONF 3.wpd

1