# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE JUDGE BERNARD ZIMMERMAN
## CIVIL MINUTE ORDER

DATE: Tuesday, Feb. 8, 2011 @ 9:45 a.m.

TIME: 30 minutes

**TITLE OF CASE:** Hofstetter v. Chase Home Finance

**DOCKET NO.:** C10-1313 WHA (BZ)   ☒ REFERRAL

**ATTORNEY(S) FOR PLAINTIFF(S):**

**ATTORNEY(S) FOR DEFENDANT(S):**

(See Attached Appearance Sheet)

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 05-11

## PROCEEDINGS

☐ NONDISPOSITIVE MOTION
    ☐ CONTESTED
    ☐ UNCONTESTED
☐ DISPOSITIVE MOTION
☐ EVIDENTIARY HEARING
☐ FEE APPLICATION
☐ STATUS CONFERENCE

☐ INITIAL PRETRIAL CONFERENCE (CMC)
☒ DISCOVERY CONFERENCE
☐ SETTLEMENT CONFERENCE
☐ FINAL PRETRIAL CONFERENCE
☐ MOTION HEARING/ARGUMENT
☐ IRS ENFORCEMENT ORDERS
☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF ☐ DEFENDANT ☒ COURT

CASE CONTINUED TO: _____

## NOTES

G:\BZALL\-REFS\HOFSTETTER V. CHASE\MINUTE 3.ORD.wpd

# Court Conference

## U.S. District Court-N.D. Cal. San Francisco
## Confirmed Telephonic Appearance Schedule
### Judge Bernard Zimmerman

G

Calendar Date: **02/08/2011**
Calendar Time: **09:45 AM PT**

1st Revision 02/08/2011 09:08 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Hofstetter v. Chase Home Finance LLC et al | 10-CV-013 13 | Hearing | 4025325 | Stephen R. Meinertzhagen | 312-840-7000 | Burke Waren McKay Serritella | Defendant(s), Chase Home Finance and Chase Bank / LIVE |
| | | Hofstetter v. Chase Home Finance LLC et al | 10-CV-013 13 | Hearing | 4025349 | Leann P. Pope | 312-840-7000 | Burke, Warren, MacKay & Serritella | Defendant(s), Chase Home Finance, LLC et al., / LIVE |
| | | Hofstetter v. Chase Home Finance LLC et al | 10-CV-013 13 | Hearing | 4023646 | Kai H. Ritcher Andrew D. Lemar | (612) 256-3200 | Nichols Kaster PLLP | Plaintiff(s), Sheila I. Hofstetter / LIVE |
| | | Hofstetter v. Chase Home Finance LLC et al | 10-CV-013 13 | Hearing | 4023600 | George G. Weickhardt | (415) 543-4800 | Ropers, Majeski, Kohn & Bentley | Defendant(s), Chase Home LLC / LIVE |