UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CHASE HOME FINANCE, LLC., et al., <br><br> Defendant(s). | No. C10-1313 WHA (BZ) <br><br> **FOURTH DISCOVERY ORDER** |

Following a telephone conference to address the issues raised in the parties' letters, at which the parties were represented by counsel, **IT IS ORDERED** as follows:

1. The parties shall meet and confer and attempt to resolve their deposition dispute in accordance with the views expressed by the Court.

2. In the event that the parties cannot resolve their dispute, defendant is **GRANTED** leave to file a motion for a protective order by **February 10, 2011.** Plaintiff's opposition

///

///

1

is due **February 14, 2011.**  The reply is due **February 15, 2011.**
The Court will schedule a hearing if needed.

Dated: February 8, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HOFSTETTER V. CHASE\DISC 4 ORD.wpd

2