IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER, individually, as a representative of the class, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHASE HOME FINANCE, LLC, CHASE BANK USA, NA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 10-01313 WHA<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION FOR SEALING ORDER** |

On February 17, 2011, plaintiff Sheila I. Hofstetter filed her motion for class certification. Because the motion and supporting materials contained information that defendants had designated as "confidential," this filing was accompanied by an administrative motion to file portions of the materials under seal. Pursuant to Civil Local Rule 79-5(d), defendants then had seven days within which to submit a declaration establishing that the designated information should, in fact, be sealed. No such declaration was timely filed. Accordingly, plaintiff Hofstetter's motion for a sealing order cannot be granted at this time. Defendants may file a supporting declaration by **NOON ON MARCH 2, 2011**. If no declaration is filed by that deadline, the administrative motion will be denied and all materials will be filed in the public record. This order does not grant defendants license to miss future filing deadlines.

**IT IS SO ORDERED.**

Dated: February 28, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE