**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA I. HOFSTETTER and ROGER
MODERSBACH, individually, as
representatives of the classes, and on behalf
of the general public,

               Plaintiffs,

  v.

CHASE HOME FINANCE, LLC, JP
MORGAN CHASE BANK, N.A., and
DOES 1 through 50, inclusive,

               Defendants.

                             /

No. C 10-01313 WHA

**ORDER DENYING
CONTINUANCE
OF HEARING ON
MOTION FOR CLASS
CERTIFICATION**

     A hearing on plaintiffs' motion for class certification is scheduled for March 24, 2011.
On March 15, counsel filed a stipulated request to continue the hearing by one week from March
24 to March 31.  The basis for the request is that "Defendants' lead counsel LeAnn Pedersen Pope
and her husband recently learned that he is the recipient of a professional recognition award to be
presented the evening of March 23 in New York" (Dkt. No. 165 at 1–2).

     Good cause not having been shown, the request is **DENIED**.  The motion hearing remains
set for 8:00 a.m. on March 24, 2011.  Attorney Pope will have to chose between accompanying
her husband to his award presentation and allowing one of defendants' other counsel of record to
argue the motion, or arguing the motion herself and missing the award presentation.  This order
also notes that the stipulated request was untimely pursuant to Civil Local Rule 6-1(b), which
requires:  "Any stipulated request or motion which affects a hearing or proceeding on the Court's
calendar must be filed no later than 14 days before the scheduled event."

     **IT IS SO ORDERED.**

Dated:  March 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE