IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually, as representatives of the classes, and on behalf of the general public,

    Plaintiffs,

v.

CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,

    Defendants.
                              /

No. C 10-01313 WHA

**NOTICE REGARDING MARCH 24 HEARING**

Counsel should be prepared to address the following questions at the March 24 hearing on plaintiffs' motion for class certification.

    1.    If a California class member receives damages under the federal Truth In Lending Act claim for having paid for too much flood-insurance coverage, how could the same class member recover yet again for excess coverage under the state Section 17200 claim?

    2.    What do counsel propose by way of class notice, and who would pay for the notices?

    3.    Has a list of names and addresses of potential class members been compiled for use in mailing class notices?

**IT IS SO ORDERED.**

Dated: March 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE