IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>Defendants.<br>                                                                     / | No. C 10-01313 WHA<br><br>**ORDER REGARDING SUPPLEMENTATION OF RECORD FOR CLASS CERTIFICATION MOTION** |

At the March 24 hearing on plaintiffs' motion for class certification, an issue was raised as to whether defendants had stonewalled on discovery regarding the deeds of trust underlying the putative class members' loans and lines of credit. Defendants may file a an additional submission setting forth their side of this story by **NOON ON MARCH 25, 2011**. Plaintiffs may file a reply by **NOON ON MARCH 28, 2011**. Both sides' supplemental filings must be submitted under oath.

**IT IS SO ORDERED.**

Dated: March 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE