IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 10-01313 WHA<br><br>**ORDER REGARDING CLASS NOTICE** |

On April 22, the parties filed a joint plan for dissemination of class notice and a proposed form of notice (Dkt. No. 179). The parties, however, did not reach agreement regarding several aspects of disseminating class notice and did not provide a schedule. This order tentatively resolves all matters related to class notice and provides for limited additional input from the parties.

**1.   CLASS LISTS.**

Defendants provided plaintiffs with preliminary class lists for each of the four classes on April 18. The parties state that defendants shall furnish finalized class lists to plaintiffs' counsel on or before April 30, 2011. After defendants do so, class counsel shall file a statement confirming that the class lists have been finalized and reporting the number of members in each class. After the opt-out period has closed, class counsel shall file an updated report on class size with the finalized class rosters appended.

### 2. CLAIMS ADMINISTRATOR.

Class counsel's proposal to designate a claims administrator to process opt-outs and receive calls is **APPROVED**. Class counsel shall bear the full cost of the administrator, subject to possible reimbursement if the class prevails.

### 3. FORM OF NOTICE.

The parties' proposed class notice shall not be used. Instead, the tentative notice attached hereto (or one very similar) will be used. Objections to any aspect of this tentative notice may be filed by **NOON ON MAY 2, 2011**. After considering any objections, the notice will be finalized.

As agreed by the parties, each class member shall receive only one notice, regardless of whether he or she is a member of multiple classes.

### 4. MEANS OF DISSEMINATION.

All class notices will be sent as independent mailings via first class United States mail. Class notices will not be disseminated as inserts within account statements and will not be disseminated via email. Inserts carry a risk of being mistaken for junk mail. Email is too unreliable a form of communication for such an important message.

The class notices shall be sent in distinctive envelopes that do not resemble junk mailings. The outside of each envelope shall state that it contains an important notice from the United States District Court. The return address on the envelopes shall be the address of the claims administrator, but it shall indicate that the notice was sent on behalf of the District Court. For example, the return address may read as follows:

> Important Class Action Notice from the Court
> United States District Court for the Northen District of California
> Flood Insurance Class Action 10-1313 WHA
> [ADMINISTRATOR NAME]
> [ADMINISTRATOR ADDRESS]

### 5. COST OF DISSEMINATION.

Class counsel shall pay all costs associated with disseminating class notice, subject to possible reimbursement if the class prevails.

**6.     WEBSITE.**

The website address and content proposed by the parties is **APPROVED**. Every communication sent to class members regarding the action must make reference to the website.

**7.     SCHEDULE.**

As stated, the parties may file objections to the tentative class notice by **NOON ON MAY 2, 2011**. After that time, the class notice and the schedule for dissemination of notice will be finalized. It is anticipated that class counsel will begin mailing the class notices by **MAY 16** and will complete the mailing by **MAY 20**. The class members then would have until **JUNE 30** to opt out of the class action. If either party anticipates problems with such a timeline, their concerns should be explained along with any objections to the tentative class notice and filed by the **MAY 2** deadline for objections.

**IT IS SO ORDERED.**

Dated: April 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3