IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____ / | No. C 10-01313 WHA<br><br>**ORDER FINALIZING CLASS NOTICE PLAN** |

On April 22, the parties filed a joint plan for dissemination of class notice and a proposed form of notice (Dkt. No. 179). On April 28, an order was issued tentatively resolving all matters related to class notice (Dkt. No. 181). The parties had until Noon on May 2 to file objections to the tentative plan. Defendants filed no objections. Plaintiffs filed one objection, which has been addressed in the revised form of class notice attached hereto.

The class notice attached hereto has been revised and finalized. Class counsel shall mail it (with contact information completed) to prospective class members as official class notice. The schedule for dissemination tentatively set forth in the April 28 order is hereby finalized without alteration. All other provisions regarding class notice in the April 28 order are confirmed. In addition to the class-size and class-roster filings required by the April 28 order, class counsel also shall file a statement reporting the date on which the class-notice mailing is completed.

**IT IS SO ORDERED.**

Dated: May 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE