1   GEORGE G. WEICKHARDT (SBN 58586)
    ROPERS, MAJESKI, KOHN & BENTLEY PC
2   201 Spear Street, Suite 1000
    San Francisco California 94105
3   Telephone:    (415) 972-6370
    Facsimile:    (415) 972-6301
4   Email:        gweickhardt@rmkb.com

5   LEANN PEDERSEN POPE (admitted *pro hac vice*)
      lpope@burkelaw.com
6   STEPHEN R. MEINERTZHAGEN (admitted *pro hac vice*)
      smeinertzhagen@burkelaw.com
7   ANDREW D. LeMAR (admitted *pro hac vice*)
      alemar@burkelaw.com
8   BURKE, WARREN, MACKAY & SERRITELLA, P.C.
    330 North Wabash Avenue, 22nd Floor
9   Chicago, Illinois 60611
    Telephone:    (312) 840-7000
10  Facsimile:    (312) 840-7900

11  Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.

12

                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                       **SAN FRANCISCO DIVISION**
15

16  Sheila I. Hofstetter and Roger
    Modersbach individually, as
17  representatives of the class, and on behalf      Case No. CV-10-1313 WHA
    of the general public,
18
19                   Plaintiffs,                     **AMENDED DECLARATION OF STEPHEN R.**
                                                     **MEINERTZHAGEN IN SUPPORT OF**
                                                     **DEFENDANTS' MOTION FOR LEAVE TO**
20  vs.                                              **AMEND THE ANSWER AND AFFIRMATIVE**
                                                     **DEFENSES to PLAINTIFFS' SECOND**
21  Chase Home Finance, LLC, JPMorgan                **AMENDED CLASS ACTION COMPLAINT**
    Chase Bank, N.A., and DOES 1 through
22  50, inclusive,                                   Complaint Filed:  March 29, 2010
                                                     Trial Date:  October 17, 2011
23                   Defendants.

24                                                   Date:        June 30, 2011
25                                                   Time:        8:00 a.m.
                                                     Dept:        9
26                                                   Judge:       Hon. William H. Alsup

27

28

Case No. CV-10-1313 WHA

AMENDED DECLARATION OF STEPHEN R. MEINERTZHAGEN IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO
AMEND THE ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

I, Stephen R. Meinertzhagen, being first duly sworn on oath, depose and state as follows:

1.     I am attorney with the law firm of Burke, Warren, MacKay & Serritella, P.C., counsel for JPMorgan Chase Bank, N.A. ("Chase") in the above-captioned matter.

2.     I am licensed to practice law in the state of Illinois, and have been admitted to appear pro hac vice in this matter.

3.     I make this declaration in support of Defendants' Motion for Leave to Amend the Answer and Affirmative Defenses to Plaintiffs' Second Amended Class Action Complaint.

4.     On November 22, 2010, Chase filed its original Answer and Affirmative Defenses to Plaintiffs' Second Amended Class Action Complaint.  (Dkt. No. 114.)  In its original Answer and Affirmative Defenses to Plaintiffs' Second Amended Class Action Complaint, Chase did not assert the defenses of recoupment and set-off because those defenses did not apply to the named Plaintiffs, Sheila Hofstetter and Roger Modersbach.

5.     The Court certified certain classes in this case on March 31, 2011.  (Dkt. No. 178.)

6.     Chase thereafter worked to identify all members of the certified classes.  Chase produced a final Master Class List on May 10, 2011, which was revised again on May 17, 2011. (See Dkt. No. 186.)

7.     After identifying these class members and investigating their loans, Chase determined that certain class members were delinquent on their loans.  Thus, Chase just recently determined that the defenses of recoupment and set-off are applicable to certain class members.

8.     By June 30, Chase will identify those class members who are delinquent on their loans and the amount of the delinquency for Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed in Chicago, Illinois on May 26, 2011.

Dated:   May 26, 2011              s/ Stephen R. Meinertzhagen
                                   Stephen R. Meinertzhagen

DECLARATION OF STEPHEN R. MEINERTZHAGEN IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND THE
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT