# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

330 NORTH WABASH AVENUE
22ND FLOOR
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

LEANN PEDERSEN POPE
DIRECT DIAL NUMBER
(312) 840-7013
LPOPE@BURKELAW.COM

June 8, 2011

Via ECF and Hand Delivery

Hon. Magistrate Judge Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Hofstetter v. Chase Home Finance, LLC, et al.*
     Northern District of California, Case No. CV-10-1313-WHA

Dear Magistrate Judge Spero:

We represent Defendant JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance, LLC, and Plaintiffs, respectively, in the above-captioned case. A continued settlement conference is scheduled before Your Honor on June 16, 2011. Pursuant to the Court's Notice and Order Setting Further Settlement Conference (Dkt. No. 185), "Updated confidential settlement conference statements shall be lodged with the Court by June 9, 2011." (*Id.*)

The parties have been engaged in settlement negotiations over the past several weeks, and are continuing to exchange class damages calculations. On Monday June 13, 2011, the parties plan to hold further settlement discussions in advance of the continued settlement conference before Your Honor later in the week. To provide the Court with meaningful updated settlement conference statements, the parties' jointly request that the deadline to lodge their respective updated statements with the Court be extended until Noon Pacific Time on Tuesday June 14, 2011. This extension will not effect the date of the settlement conference or any other dates relating to the settlement conference.

Hon. Magistrate Judge Joseph C. Spero
June 8, 2011
Page 2


Respectfully yours,

/s/ LeAnn Pedersen Pope
LeAnn Pedersen Pope
Attorney for Defendant JPMorgan Chase
Bank, N.A., for itself and as successor by
merger to Chase Home Finance, LLC

/s/ E. Michelle Drake
E. Michelle Drake
Attorney for Plaintiffs Sheila Hofstetter and
Roger Modersbach


LPP:adl
cc:     Counsel of record (via ECF only)

Dated: June 9, 2011



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA