IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-01313 WHA<br><br>**CLASS ACTION**<br><br>**ORDER DENYING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT DEADLINES** |

　　　The parties request a ninety-day extension of all remaining case management dates. In the alternative, they request a case management conference. Good cause not having been shown, both requests are **DENIED**. Such a wholesale delay of the case management schedule would be granted only in the most extenuating circumstances; no such circumstances are present here. Counsel simply will have to make their best efforts to prepare the case for trial within the constraints of available time and resources.

　　　**IT IS SO ORDERED.**

Dated: June 10, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE