IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>  Defendants.<br>  _____ / | No. C 10-01313 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING CLASS SETTLEMENT APPROVAL PROCEDURES** |

Counsel report that the parties have reached a settlement. The parties shall file a joint motion for preliminary approval of the class settlement on **JULY 28, 2011**. A hearing on the motion will be held at **2:00 P.M. ON AUGUST 11, 2011**. All other case management dates and deadlines are suspended pending resolution of the settlement matter.

Counsel are requested to submit the following information with the motion: (1) sworn testimony from plaintiffs' expert regarding the maximum class recovery possible at trial; (2) the ratio between the class recovery under the settlement and the maximum possible class recovery, on either an individual or aggregate basis; (3) a proposal for allocation of attorney's fees; and (4) the scope of the release of claims, which should be coextensive with the claims remaining in the action. Counsel also should bear in mind the other guidance set forth in the notice regarding factors to be evaluated for any proposed class settlement (Dkt. No. 170).

**IT IS SO ORDERED.**

Dated: June 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE