IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 10-01313 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING REVISED SETTLEMENT AGREEMENT** |

　　　Having reviewed the revised settlement agreement and related documents, this order finds that all problems identified at the August 11 hearing have been corrected, except for the scope of the class release. The definition of Released Claims is now limited to claims asserted in the second amended complaint. The class release, however, includes all claims "arising from or reasonably attributable to the Released Claims" (Dkt. No. 222-1 at 22:20–21). This language is too broad, as it encompasses claims that were not certified. Only the certified claims within the definition of Released Claims should be released by the class. No notices shall be mailed and no timeline for final approval shall be set until this last problem is corrected. Counsel should submit a further revised settlement agreement by **AUGUST 18, 2011**. For purposes of the notice forms, counsel are also advised that beginning on August 29, 2011, all hearings will be held in courtroom 8 rather than courtroom 9.

　　　**IT IS SO ORDERED.**

Dated: August 16, 2011.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE