IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ / | No. C 10-01313 WHA<br><br>**CLASS ACTION**<br><br>**ORDER SETTING FINAL SETTLEMENT APPROVAL HEARING** |

The second revised settlement agreement filed on August 18 (Dkt. No. 224-1) succeeds in correcting all problems identified at the August 11 preliminary approval hearing. Accordingly, a final settlement approval hearing is **SET** for **3:00 P.M. ON MONDAY, NOVEMBER 7, 2011**, in Courtroom 8. The motion for final approval must be filed by **OCTOBER 24, 2011**. The settlement notice to existing class members shall be mailed by **AUGUST 25, 2011**, and *it must be revised to reflect that the hearing will take place in Courtroom 8, not Courtroom 9.*

As to the newly discovered class members, the form of notice submitted on August 15 (Dkt. No. 222-2) must be mailed by **AUGUST 31, 2011**, regardless whether a settlement agreement is reached. Notice of the settlement would not be sent until preliminary approval is granted after a preliminary fairness hearing. Notice of the class action must be sent promptly and should not be held up by any potential settlement. The notice must accurately state the time, date, *and location* of the November 7 hearing.

**IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE