Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
E. Michelle Drake, MN State Bar No. 0387366
Drake@nka.com
(admitted **pro hac vice**)
Kai Richter, MN State Bar No. 296545
KRichter@nka.com
(admitted **pro hac vice**)
Rebekah L. Bailey, CA State Bar No. 258551
Bailey@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiffs and the Classes

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheila I. Hofstetter and Roger Modersbach, individually, as representatives of the classes, and on behalf of the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> Chase Home Finance, LLC, JP Morgan Chase Bank, N.A. , and DOES 1-50, inclusive, <br><br> Defendants. | Case No. CV-10-1313 WHA <br><br><br><br><br><br> ~~[PROPOSED]~~ ORDER SETTING OPT-OUT DEADLINE FOR INADVERTENTLY EXCLUDED CLASS MEMBERS |

1    Having reviewed the Parties' Joint Stipulation to Set Opt-Out Deadline for Inadvertently

2  Excluded Class Members, IT IS HEREBY ORDERED THAT the inadvertently-excluded class

3  members shall have until October 11, 2011 to opt out of this class action lawsuit, and the

4  supplemental notice that is sent to such class members shall be worded accordingly.

5    **This deadline is conditioned on all notices being mailed by August 31, 2011.**

6

7  Dated: _August 29, 2011._    _____

8                               Honorable William   Alsup
                                United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**[proposed] ORDER SETTING OPT-OUT DEADLINE FOR INADVERTENTLY EXCLUDED CLASS MEMBERS**