IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____ / | No. C 10-01313 WHA<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING PROPOSED SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL OF SECOND SETTLEMENT** |

    Counsel report that they have reached a settlement agreement resolving the claims of the class members who were inadvertently excluded from the first settlement (Dkt. No. 231). The schedule counsel propose for a preliminary approval motion and hearing is **APPROVED**. In preparing the motion for preliminary approval, counsel should be mindful that all guidance regarding the first approval motion still applies. In particular, counsel will need to supply new testimony from plaintiff's expert regarding the maximum recovery for this second group of class members, as well as the ratio between their maximum recovery and their actual recovery under the settlement (see Dkt. No. 201).

    **IT IS SO ORDERED.**

Dated: September 15, 2011.

                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE