IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>  Defendants.<br>_____ / | No. C 10-01313 WHA<br><br>**ORDER REGARDING MOTION TO INTERVENE** |

On October 11, 2011, Paul F. Gibson filed a motion to intervene in this class action (Dkt. No. 234). The motion was noticed to be heard on November 17, 2011. It will instead be heard at the final fairness hearing for the first class action settlement, which will take place at **3:00 P.M. ON NOVEMBER 7, 2011**. Accordingly, the briefing schedule is adjusted as follows. Any opposition to the motion is due on **OCTOBER 21, 2011**. Any reply is due on **OCTOBER 28, 2011**.

  **IT IS SO ORDERED.**

Dated: October 16, 2011.

  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE