IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,

    Plaintiffs,

v.

CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,

    Defendants.

No. C 10-01313 WHA

**NOTICE REGARDING MOTION FOR ATTORNEY'S FEES, COSTS, EXPENSES, AND CLASS REPRESENTATIVE REIMBURSEMENT**

On October 24, 2011, class counsel filed a motion for attorney's fees, costs, expenses, and class representative reimbursement. The motion was noticed to be heard on November 7 at the final fairness hearing for the settlement agreement as to the first group of class members (Dkt. No. 246). Notice is hereby given that the motion *also* will be heard at the February 2 final fairness hearing for the settlement agreement as to the second group of class members. All class members must have an opportunity to be heard before any action will be taken on the motion.

**IT IS SO ORDERED.**

Dated: October 27, 2011.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE