1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheila I. Hofstetter and Roger Modersbach, individually, as representatives of the classes, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br>vs.<br><br>Chase Home Finance, LLC,<br>JP Morgan Chase Bank, N.A., and<br>DOES 1-50, inclusive<br><br>　　　　Defendants. | Case No. CV-10-1313 WHA<br><br>~~(Proposed)~~<br>**ORDER GRANTING ATTORNEY**<br>**T. BRENT WALKER'S APPLICATION**<br>**FOR ADMISSION *PRO HAC VICE***<br><br>Courtroom 8, 19th Floor<br>Judge: Hon. William H. Alsup |

T. Brent Walker, AN ACTIVE MEMBER IN GOOD STANDING OF THE BAR OF THE State of Arkansas, as well as the United States District Court for the Eastern and Western Districts of Arkansas, whose business address and telephone number are Carter Walker, PLLC, 2171 West Main, Ste 200, Post Office Box 628, Cabot, AR 72023, telephone (501) 605-1346, facsimile (501) 605-1348, email bwalker@carterwalkerlaw.com , has applied in this action for admission to practice in

---

the Northern District of California on a *pro hac vice* basis (Dkt 251), representing the Intervenor Paul F. Gibson.

 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in general Order No. 45, Electronic Case Filing.

 IT IS SO ORDERED.

Dated: October 31, 2011.

            HON. WILLIAM ALSUP
            UNITED STATES DISTRICT COURT JUDGE

---

~~(Proposed)~~ **ORDER GRANTING ATTORNEY T. BRENT WALKER'S APPLICATION FOR ADMISSION *PRO HAC VICE***