IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,

Plaintiffs,

v.

CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,

Defendants.

No. C 10-01313 WHA

**ORDER APPROVING JOINT DISTRIBUTION PLAN**

The parties have jointly submitted a proposed distribution plan (Dkt. No. 262). After careful review, this distribution plan is **APPROVED**. Class counsel are reminded, however, that half of the attorney's fees from *each* settlement fund will be awarded up front, and the other half will be awarded when all checks have been issued and there is no more work to be done. Also, class counsel will not be awarded any attorney's fees from the second settlement fund until that settlement agreement has been granted final approval.

**IT IS SO ORDERED.**

Dated: November 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE