IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA I. HOFSTETTER and ROGER MODERSBACH, individually and as representatives of the classes,

    Plaintiffs,

  v.

CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., and DOES 1 though 50, inclusive,

    Defendants.

No. C 10-01313 WHA

**ORDER REGARDING JOINT NOTICE OF SETTLEMENT DISTRIBUTION**

In this approved settlement of a class action, the parties jointly request that an additional $225,278.45 be provided from the settlement fund to class members who would have fared better using different data. This additional relief would be taken out of the remaining $718,955.43 in settlement funds that are unclaimed by class members (settlement checks that were not cashed within 120 days after the initial distribution and re-mailing) and are currently slated to go to the National Consumer Law Center. Defendants and class counsel would *not* benefit from this supplemental distribution of funds.

The parties' stipulated request to distribute an additional $225,278.45 to class members is **GRANTED**. The settlement administrator may deduct the costs and expenses associated with distributing the additional settlement checks. Class counsel's remaining fees and costs shall not be paid until this distribution occurs and the time lapses to cash settlement checks.

**IT IS SO ORDERED.**

Dated: May 23, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE